IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENTINO PEREZ | : | |
| | : | |
| v. | | CIVIL ACTION NO.  02-4045 |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE | | |
| | : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of             ,            , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable DIANE M. WELSH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
LEGROME D. DAVIS, J.

civrr