IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENTINO PEREZ | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al. | : | NO. 02-4045 |

**O R D E R**

AND NOW, this     day of August, 2002, upon consideration of the Petition for Writ Habeas Corpus 28 U.S.C. §2254, and after review of the Report and Recommendation of United States Magistrate Judge Diane M. Welsh, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The case is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

_____
Legrome D. Davis, Judge

civil-o.frm (9/97)